Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–26882–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lavinia B Zavala
aka Lavinia Zavala
12 Edison Lane
Willingboro, NJ 08046

Social Security No.:
xxx–xx–1883

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                    10/18/17
Time:                    10:00 AM
Location:                Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 6, 2017
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-26882-CMG
Lavinia B Zavala                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Sep 06, 2017
                             Form ID: 132              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db             +Lavinia B Zavala,    12 Edison Lane,   Willingboro, NJ 08046-2406
517020497      +Barry Matthews,    12 Essex Lane,   Willingboro, NJ 08046-2243
517020501      +CMG Financial,    POB 77404,   Trenton, NJ 08628-6404
517020499      +Capital One,    POB 30281,   Salt Lake City, UT 84130-0281
517020500      +Clarke Ins Co.,    211 High St.,   Mount Holly, NJ 08060-1403
517020502      +Credit First (firestone),    POB 81344,   Cleveland, OH 44188-0001
517020503      +Denise Luckenbach, Esq,    Seller Richardson PC,   re:  Estate of Edward Matthews,
                293 Eisenhower Prkwy  #350,   Livingston, NJ 07039-1719
517020505      +Lynch & Karcich,  Re:  Estate of Edward Matthews,    1000 Whitehorse Rd Ste 703,
                Voorhees, NJ 08043-4413
517020506      +Phelan Hallinan & Diamond PC,    Bayview vs Matthews F 48464-14,    400 Fellowship Rd, Ste 100,
                Mount Laurel, NJ 08054-3437
517020507      +Publishers Clearing House,    POB 6344,   Harlan, IA 51593-1844
517020508      +RLI,    Dept 3500,   POB 844122,   Kansas City, MO 64184-4122
517020511      +Target Nat'l Bank,    POB 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2017 23:32:58    U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2017 23:32:55    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517020498       E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 06 2017 23:33:21
                Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd, 5th Fl,   Miami, FL 33146-1837
517020504       E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2017 23:32:16    Kohls,    POB 2983,
                Milwaukee, WI 53201-2983
517020509      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2017 23:34:18    SYNCB - Care Credit,    POB 960061,
                Orlando, FL 32896-0061
517020510      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2017 23:34:04    SYNCB - Old Navy,    PO 530942,
                Atlanta, GA 30353-0942
517021132      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2017 23:34:04    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517020512      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2017 23:34:04    TJX rewards / GECRB,    POB 530948,
                Atlanta, GA 30353-0948
                                                                                   TOTAL: 8

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          Peter E. Zimnis    on behalf of Debtor Lavinia B Zavala njbankruptcylaw@aol.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 3