| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: Bayview Loan Servicing, LLC, a Delaware Limited Liability Company | **Order Filed on March 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN re:<br><br>Lavinia B Zavala aka Lavinia Zavala<br>      Debtor | Case No.: 17-26882-CMG<br>Chapter: 13<br>Judge: Christine M. Gravelle |

**ORDER VACATING STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: March 27, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Lavinia B Zavala aka Lavinia Zavala
Case No: 17-26882-CMG
Caption of Order:  ORDER VACATING STAY

Upon the motion of **Bayview Loan Servicing, LLC, a Delaware Limited Liability Company**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒	Real property more fully described as:

   39 Essex Lane, Willingboro, New Jersey 08046

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐	Personal property more fully described as:

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-26882-CMG
Lavinia B Zavala                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                Page 1 of 1               Date Rcvd: Mar 27, 2018
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db             +Lavinia B Zavala,    12 Edison Lane,    Willingboro, NJ 08046-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    CMG Mortgage, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Grant J. Robinson    on behalf of Defendant Lavinia B Zavala grantrobinsonlaw@aol.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com
              Mina M Beshara    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com
              Peter E. Zimnis    on behalf of Defendant Lavinia B Zavala njbankruptcylaw@aol.com
              Peter E. Zimnis    on behalf of Debtor Lavinia B Zavala njbankruptcylaw@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    CMG Mortgage, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10