# ORR LAW OFFICE

Member New Jersey Bar
Rule 1:40 Approved Mediator
U.S. District Court Mediator

601 Longwood Avenue
Cherry Hill, New Jersey  08002

OrrLawOffice@gmail.com

(856) 773-0830
(856) 661-1833  (FAX)
(609) 280-9129  (CELL)

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2018 JUN 18  P 12: 35

JEANNE A. NAUGHTON

BY: _____
       DEPUTY CLERK

June 15, 2018

The Honorable Christine M. Gravelle
United States Bankruptcy Court
United States Courthouse
Second Floor, 402 E. State Street
Trenton, NJ   08068

    **RE:**    **Matthews v. Zavala**
              **Case No.: 17-26882 (CMG)**

Dear Judge Gravelle:

The Court appointed me on December 19, 2017 as Mediator for the above-captioned matter. My hourly fee was $300.00 in accord with my fee as a Mediator for the United States District Court.

Mediation took place on March 15, 2018. My Mediation fee was $2,640.00 which I billed in equal one-third amounts of $880.00 on April 13, 2018 to the involved attorneys when it became clear that the parties would then be unable to resolve this dispute.

Defendant Zalaya is represented by Grant J. Robinson, Esquire of Mount Holly, New Jersey. Mr. Robinson has not responded at all to my April 13th bill or a follow-up reminder dated May 29th (a copy of the FAXed May 29th reminder is attached)

I now write Your Honor to request the Court's assistance in helping me recover my fee from Mr. Robinson. Any assistance that the Court could give me would be greatly appreciated. I thank the Court for its kind consideration.

Very respectfully yours,

RICHARD M. ORR

c: Grant J. Robinson, Esquire

# ORR LAW OFFICE

| | |
|---|---|
| Member New Jersey Bar | 601 Longwood Avenue |
| Rule 1:40 Approved Mediator | Cherry Hill, New Jersey   08002 |
| OrrLawOffice@gmail.com | (856) 773-0830 |
| | (856) 661-1833  (FAX) |
| | (609) 280-9129  (CELL) |

May 29, 2018

BY FAX ONLY 609.261.9595
Grant J. Robinson, Esquire
217 High Street
Suite 1C
Mount Holly, NJ   08060

RE:    **Matthews v. Zavala Mediation**

Dear Mr. Robinson:

I sent your office a letter-invoice dated April 13, 2018 for my services as a Mediator. Your office's share of my bill was $880.00. As of today, I have received **no** payment from either your office or your clients. Please take care of this oversight at your earliest opportunity.

Kindly ensure that I have received payment no later than June 11, 2018. If no payment is received by that date, I will take additional action with respect to the debt owed me.

Very sincerely yours,

RICHARD M. ORR