UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

Caption in Compliance with D.N.J. LBR 9004-2(c)

_____

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353
_____

In re:
LAVINIA ZAVALA

        Debtors

_____

**Order Filed on January 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  17-26882

Chapter 13

Judge:  Gravelle


# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**


**DATED: January 30, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Lavinia Zavala
Case No.:  17-26882 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $300 for services rendered and expenses in the amount of $0 for a total of $300. The allowance shall be payable:

    ___x__   through the Chapter 13 Plan as an administrative priority from
                funds on hand
    _____     outside the Plan

    The debtor's monthly Plan is not modified, thus the debtor will continue to pay $150 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Lavinia B Zavala  
      Debtor

Case No. 17-26882-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 30, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2019.  
db           +Lavinia B Zavala,    12 Edison Lane,    Willingboro, NJ 08046-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2019 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Denise E. Carlon    on behalf of Creditor    CMG Mortgage, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Grant J. Robinson    on behalf of Defendant Lavinia B Zavala grantrobinsonlaw@aol.com  
       John Zimnis    on behalf of Debtor Lavinia B Zavala njbankruptcylaw@aol.com.  
       Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Mina M Beshara    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com  
       Peter E. Zimnis    on behalf of Defendant Lavinia B Zavala njbankruptcylaw@aol.com  
       Peter E. Zimnis    on behalf of Debtor Lavinia B Zavala njbankruptcylaw@aol.com  
       Rebecca Ann Solarz    on behalf of Creditor    CMG Mortgage, Inc. rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                          TOTAL: 11