**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lavinia B Zavala<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1883<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–26882–CMG | |

# Order of Discharge                                       12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lavinia B Zavala
aka Lavinia Zavala


<u>11/6/20</u>                                       **By the court:** <u>Christine M. Gravelle</u>
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-26882-CMG |
| Lavinia B Zavala | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lavinia B Zavala, 12 Edison Lane, Willingboro, NJ 08046-2406 |
| aty | + | Andrew J. Karcich, Lynch & Karcich, LLC, 1000 White Horse Road, Suite 703, Voorhees, NJ 08043-4413 |
| aty | + | Denise M. Luckenbach, 293 Eisenhower Pkwy, Suite 170, Livingston, NJ 07039-1746 |
| cr | + | Barry Matthews, Lynch Karcich, 1000 Whitehorse Rd, Suite 703, Voorhees, NJ 08043-4413 |
| nc | + | Denise M. Luckenbach, 293 Eisenhower Parkway, Ste. 350, Livingston, NJ 07039-1747 |
| md | + | Richard Orr, 601 Longwood Avenue, Cherry Hill, NJ 08002-2871 |
| cr | + | The Estate of Matthews, Lynch Karcich, 1000 Whitehorse Rd, Suite 703, Voorhees, NJ 08043-4413 |
| 517085565 | + | Barry Matthews, Att: Lynch Karcich LLC, 1000 Whitehorse Rd, Ste 703, Voorhees, NJ 08043-4413 |
| 517020497 | + | Barry Matthews, 12 Essex Lane, Willingboro, NJ 08046-2243 |
| 517238697 | + | Barry Matthews and the, Estate of Edward Day Matthews, Andrew J. Karcich, Esq., 1000 White Horse Rd., Ste. 703, Voorhees, NJ 08043-4413 |
| 517020501 | + | CMG Financial, POB 77404, Trenton, NJ 08628-6404 |
| 517239370 | + | CMG Mortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517020500 | + | Clarke Ins Co., 211 High St, Mount Holly, NJ 08060-1403 |
| 517020503 | + | Denise Luckenbach, Esq, Seller Richardson PC, re: Estate of Edward Matthews, 293 Eisenhower Prkwy #350, Livingston, NJ 07039-1747 |
| 517020505 | + | Lynch & Karcich, Re: Estate of Edward Matthews, 1000 Whitehorse Rd Ste 703, Voorhees, NJ 08043-4413 |
| 517020506 | #+ | Phelan Hallinan & Diamond PC, Bayview vs Matthews F 48464-14, 400 Fellowship Rd, Ste 100, Mount Laurel, NJ 08054-3437 |
| 517020507 | + | Publishers Clearing House, POB 6344, Harlan, IA 51593-1844 |
| 517020508 | + | RLI, Dept 3500, POB 844122, Kansas City, MO 64184-4122 |
| 517056658 | | RLI Insurance Co, POB 9271, Seattle, WA 98109-0271 |
| 517238700 | + | Stellar Richardson, P.C., Denise M. Luckenbach, Esq., 293 Eisenhower Parkway, Ste. 350, Livingston, NJ 0u 07039-1747 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2020 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2020 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517020498 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 06 2020 21:35:00 | Bayview Loan Servicing LLC, 4425 Ponce de Leon Blvd, 5th Fl, Miami, FL 33146-1873 |
| 517238066 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 06 2020 21:35:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 517020499 | + | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One, POB 30281, Salt Lake City, UT 84130-0281 |
| 517136854 | | EDI: BL-BECKET.COM | Nov 07 2020 01:58:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517020502 | + | EDI: CRFRSTNA.COM | Nov 07 2020 01:58:00 | Credit First (firestone), POB 81344, Cleveland, OH 44188-0001 |

Case 17-26882-CMG    Doc 52    Filed 11/08/20    Entered 11/09/20 00:22:28    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 517020504 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 06 2020 21:33:00 | Kohls, POB 2983, Milwaukee, WI 53201-2983 |
| 517158680 | | EDI: PRA.COM | Nov 07 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517216819 | | EDI: Q3G.COM | Nov 07 2020 01:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517020509 | + | EDI: RMSC.COM | Nov 07 2020 01:58:00 | SYNCB - Care Credit, POB 960061, Orlando, FL 32896-0061 |
| 517020510 | + | EDI: RMSC.COM | Nov 07 2020 01:58:00 | SYNCB - Old Navy, PO 530942, Atlanta, GA 30353-0942 |
| 517021132 | + | EDI: RMSC.COM | Nov 07 2020 01:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517215933 | + | Email/Text: bncmail@w-legal.com | Nov 06 2020 21:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517020512 | + | EDI: RMSC.COM | Nov 07 2020 01:58:00 | TJX rewards / GECRB, POB 530948, Atlanta, GA 30353-0948 |
| 517020511 | + | EDI: WTRRNBANK.COM | Nov 07 2020 01:58:00 | Target Nat'l Bank, POB 673, Minneapolis, MN 55440-0673 |
| 517122279 | + | EDI: AIS.COM | Nov 07 2020 01:58:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Alexandra T. Garcia | |

Case 17-26882-CMG    Doc 52    Filed 11/08/20    Entered 11/09/20 00:22:28    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 37 |

| | |
|---|---|
| | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | |
| | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Grant J. Robinson | |
| | on behalf of Defendant Lavinia B Zavala grantrobinsonlaw@aol.com |
| John Zimnis | |
| | on behalf of Debtor Lavinia B Zavala njbankruptcylaw@aol.com. |
| Melissa S DiCerbo | |
| | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Mina M Beshara | |
| | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company mbeshara@hinshawlaw.com |
| Peter E. Zimnis | |
| | on behalf of Defendant Lavinia B Zavala njbankruptcylaw@aol.com |
| Peter E. Zimnis | |
| | on behalf of Debtor Lavinia B Zavala njbankruptcylaw@aol.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor CMG Mortgage Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12